Scott G. Gratton
BROWN LAW FIRM, P.C.
269 W. Front Street, Suite A
Missoula, MT 59802
Tel (406) 830-3248
Fax (406) 830-3745
sgratton@brownfirm.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREEDOM SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LOGAN HEALTH,<br><br>Defendant. | Cause No. CV-22-93-DLC-KLD<br><br>**NOTICE OF DISMISSAL** |

    Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff hereby dismisses the above matter. Defendant has not filed an answer or a motion for summary judgment in this matter and therefore no stipulation is required and Plaintiff may voluntarily dismiss this matter without prejudice. No court order is necessary as Defendant has not filed an Answer.

DATED this 1st day of November, 2022.

                                    BROWN LAW FIRM, P.C.

                                    /s/ Scott G. Gratton
                                    *Attorneys for Plaintiff*