IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FREEDOM SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LOGAN HEALTH,<br><br>　　　　　　Defendant. | CV 22–93–M–DLC–KLD<br><br><br>ORDER |

　　　Before the Court is Plaintiff Freedom Specialty Insurance Company's Notice of Dismissal. (Doc. 10.) The notice states that Plaintiff is dismissing this case without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id.* at 1.) Defendant has not served an answer or a motion for summary judgment, so dismissal is appropriate.

　　　Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice. The Clerk of Court is directed to close the case file.

　　　DATED this 2nd day of November, 2022.

　　　　　　　　　　　　　　　　/s/ Dana L. Christensen
　　　　　　　　　　　　　　　　Dana L. Christensen, District Judge
　　　　　　　　　　　　　　　　United States District Court

1